MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00081-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| LUIS ARMANDO NAREZ, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on July 9, 2025.

2. By this stipulation, defendant now moves to continue the status conference and to exclude time between July 9, 2025, andOctober 8, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government provided discovery to defense counsel in accordance with the statutory timeline. The discovery consists of law enforcement reports and bodycam footage. The government provided supplemental discovery upon receipt to defense counsel on April 16, 2025.

    b) The defendant asks the Court to exclude time between July 9, 2025, and October 8, 2025, to account for time to conduct his own investigation, discuss potential resolution of the

case via a plea agreement, and determine if this case needs to be set for trial, taking into account the exercise of due diligence.

       c)       The defendant is also enrolled in Westcare treatment program and has not completed the program to date. Additionally, the defendant is currently pending charges in state court and requires additional time to assess resolution of that case and how it may impact his pending federal prosecution.

       d)       The government does not object to the continuance.

       e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

       f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 9, 2025 to October 8, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 2, 2025                           MICHELE BECKWITH
                                               Acting United States Attorney

                                               /s/ ARIN C. HEINZ
                                               ARIN C. HEINZ
                                               Assistant United States Attorney

Dated: July 2, 2025                           /s/ KARA R. OTTERVANGER
                                               KARA R. OTTERVANGER
                                               Counsel for Defendant
                                               LUIS ARMANDO NAREZ

**ORDER**

IT IS SO ORDERED that the status conference is continued from July 9, 2025, to **October 8, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __July 2, 2025__         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE