HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Kara_Ottervanger@fd.org

Attorneys for Defendant
LUIS ARMANDO NAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00081-KES-BAM |
| Plaintiff, | AMENDED STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE; AND ORDER |
| vs. | |
| LUIS ARMANDO NAREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal Defender Kara R. Ottervanger, counsel for defendant Luis Armando Narez, that the Court modify Mr. Narez's conditions of pretrial release initially imposed on April 1, 2025, *see* ECF 7, and modified on April 8, 2025, *see* ECF 14. Specifically, the parties stipulate that the Condition (7)(r) of Mr. Narez's conditions of pretrial release be modified. Condition (7)(r) provides that

> Upon successful completion of WestCare, you must participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a GPS device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the

> monitoring company. You are responsible for the management of the equipment and you must charge the battery daily. You must pay all or part of the costs of the program based upon your ability to pay as determined by the pretrial services officer. HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other essential activities pre-approved by the pretrial services officer

ECF 14 at 2. This condition was modified in part to add the home detention component after a pretrial services violation petition was filed charging Mr. Narez with making phone calls to the complaining witness from Fresno County Jail. ECF 9. Previously, Condition (7)(r) required that Mr. Narez:

> participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a GPS device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You are responsible for the management of the equipment and you must charge the battery daily. You must pay all or part of the costs of the program based upon your ability to pay as determined by the pretrial services officer; CURFEW: You must remain inside your residence every day from 7:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations

ECF 8 at 2.

    Mr. Narez has now been released on conditions since April 9, 2025. ECF 14, 15. Since that time, he has been subject to a location monitoring condition at the home detention level. Over this period of time—more than 6 months—he has been in compliance with his terms and conditions of pretrial release, including the home detention condition. Mr. Narez has been participating in the MRT program, attending all court appearances in Merced County as required, and is participating in on-line anger management classes.

    In light of this, Pretrial Services Officer Frank Guerrero reached out to the partes to "recommend a modification of Mr. Narez' release conditions by removing the home detention component of the location monitoring program and replacing it with a curfew (8pm to 6am) or as adjusted by Pretrial Services for medical, religious services, employment, or court-ordered obligations. All other conditions of release shall remain in full force and effect." Officer Guerrero

noted that under the proposed change, "Mr. Narez would still be subject to GPS monitoring and his whereabouts will continue to be tracked daily to check that he is not violating the restraining order that is in place."

With an approved curfew, Mr. Narez would have more flexibility to attend AA classes, job search so he can start working and earn income to pay for his monitoring fees, and register for and complete DUI classes required by Merced County to regain his driving privileges, spend time with his family outside of the home, take his dogs for a walk, and go to the gym.

Therefore the parties, with the support of pretrial services, respectfully request that condition (7)(r) be modified to replace the home detention language with curfew language. Specifically, the Court should remove:

> HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other essential activities pre-approved by the pretrial services officer

and replace it with:

> CURFEW: You must remain inside your residence every day from 8:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations

All other terms and conditions of Mr. Narez's pretrial release, previously imposed, shall remain in full force and effect.

Respectfully submitted,

ERIC GRANT
Acting United States Attorney

Dated: October 17, 2025   */s/ Arin Heinz*
ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 17, 2025         /s/ Kara R. Ottervanger
                               KARA R. OTTERVANGER
                               Assistant Federal Defender
                               Attorney for Defendant
                               LUIS ARMANDO NAREZ


Date: October 17, 2025         /s/Eliana Melgoza (signature on file)
                               ELIANA MELGOZA
                               Third Party Custodian for
                               LUIS ARMANDO NAREZ


**O R D E R**

IT IS SO ORDERED. The above term and condition of Mr. Narez's pretrial release, previously imposed on April 1, 2025, and modified on April 8, 2025, is hereby modified as set forth above. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 17, 2025**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE