ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>LUIS NAREZ,<br><br>            Defendant. | Case No: 1:25-CR-00081-KES-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA; ORDER<br><br>DATE: December 10, 2025<br>TIME:  1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Luke Baty, counsel for the government, and Kara Ottervanger, counsel for Luis Narez ("the defendant"), that this action's **Wednesday, December 10, 2025, status conference be vacated and a Change of Plea be set January 26, 2026, at 9:30 a.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. By previous order, this matter was set for a status conference on December 10, 2025, at 1:00 p.m.

2. By this stipulation, the parties request that the status conference be vacated and a Change of

1

Plea be set for January 26, 2026, at 9:30am

3. A signed plea agreement in this matter will be filed contemporaneously with this joint stipulation.

4. The government has represented that the discovery associated with this case, including investigative reports and related documents, and photos have been either produced directly to counsel and/or made available for inspection and copying. The defense is and has been reviewing discovery thus far provided. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

5. Defense counsel believes that failure to grant the above-requested continuance and time exclusion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The parties therefore stipulate that the period of time from December 10, 2025, through January 26, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: December 2, 2025

ERIC GRANT
Acting United States Attorney

By: /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: December 2, 2025

By: /s/ KARA OTTERVANGER
KARA OTTERVANGER
Counsel for Defendant

2

**O R D E R**

IT IS ORDERED that the status conference currently set for December 10, 2025 at 1:00 pm is vacated.

IT IS FURTHER ORDERED THAT a Change of Plea hearing be set for **January 26, 2026 at 9:30am before the Honorable Kirk E. Sherriff**.

IT IS FURTHER ORDERED THAT the period of time from December 10, 2025, through January 26, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 2, 2025**              /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

3